Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

November 18, 2026

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

re: *United States v. Ciuia (Diana Hernandez)*, 26-cr-468 (KMK)

Dear Judge Karas:

This letter is an application to permit undersigned counsel to submit an interim CJA voucher in this case in connection with my representation of Diana Hernandez. I was appointed pursuant to the Criminal Justice Act on January 28, 2026, at which time Ms. Hernandez had an initial presentment on the complaint that preceded the instant indictment. The case was in pre-indictment status from January to October 2026, during which counsel's services included conferences with the client and government counsel, examination of pre-indictment discovery, legal research, and other case preparation.

Granted.

So Ordered.

11/19/26

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)